# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PAUL SHEPHERD and DEBORAH SHEPHERD** | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | No. 20-1046 |
| | : | |
| **TALOTTA, et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this 22nd day of April, 2021, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 37), Plaintiff's Cross-Motion for Summary Judgment and Brief in Opposition to Defendant's Motion (ECF Nos. 38 and 43), Defendant's Response in Opposition (ECF No. 45), and the oral argument held on March 16, 2021, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 37) is **GRANTED** and Plaintiff's Cross-Motion for Summary Judgment is **DENIED**.

                                                                                                                             **BY THE COURT:**

                                                                                                                             **/s/ Chad F. Kenney**
                                                                                                                           **CHAD F. KENNEY, JUDGE**